**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7633**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

      v.

CHARLES LEE TORIAN,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, Senior District Judge.  (4:01-cr-70057-NKM-1)

_____

Submitted:  February 16, 2012     Decided:  February 23, 2012

_____

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Lee Torian, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Lee Torian appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Torian, No. 4:01-cr-70057-NKM-1 (W.D. Va. Nov. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2